IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREET SINGH,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>                Defendants. | CIV- F-0-06-1671 AWI DLB<br><br>ORDER CLOSING THE CASE DUE TO STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

On January 19, 2007, the Plaintiff filed a notice of stipulation of dismissal of this matter under Federal Rule of Civil Procedure 41(a)(1) without prejudice. The notice is signed by the attorney who has appeared for Defendants and by Plaintiff's counsel.

Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

A properly filed Rule 41(a)(1) motion is effective immediately and no order of the Court is necessary to effectuate dismissal. See Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986).

Due to the stipulation of dismissal filed by the parties, this case has terminated. See Fed.

R. Civ. Pro. 41(a)(1); <u>Wilson</u>, 111 F.3d at 692; <u>In re Wolf</u>, 842 F.2d at 466; <u>Eitel</u>, 782 F.2d at 1472-73.

   Therefore, IT IS HEREBY ORDERED that the Clerk is ordered to close this case in light of the parties's signed Rule 41(a)(1) Notice of Stipulation of Dismissal Without Prejudice.

IT IS SO ORDERED.

**Dated:**  **January 22, 2007**       /s/ **Anthony W. Ishii**
0m8i78               UNITED STATES DISTRICT JUDGE

2